ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

RECEIVED
JUL 11 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                               :
TAMARKYS CASTRO,               :
                               :
            Plaintiff,         :
                               :
    - v. -                     :
                               :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,             :   08 Civ. 4037 (GEL)
Commissioner of                :
Social Security,               :
                               :
            Defendant.         :
                               :
- - - - - - - - - - - - - - - x

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from July 29, 2008 to and including September 29, 2008.  This extension is requested

because the administrative record has not yet been received by defendant's counsel. No prior extensions have been requested in this case.

Dated: New York, New York
       June 30 , 2008

                                              _____
                                              TAMARKYS CASTRO
                                              Plaintiff pro se
                                              1455 Sheridan Avenue
                                                Apt.#2G
                                              Bronx, New York  10457
                                              Telephone No.: (718) 270-2434

                                              MICHAEL J. GARCIA
                                              United States Attorney
                                              Southern District of New York
                                              Attorney for Defendant

                                         By: _____
                                              SUSAN D. BAIRD
                                              Assistant United States Attorney
                                              86 Chambers Street - 3rd Floor
                                              New York, New York  10007
                                              Telephone No.: (212) 637-2713
                                              Susan.Baird@usdoj.gov

SO ORDERED: 7/11/08

_____
UNITED STATES ~~DISTRICT~~ JUDGE
              Magistrate

**Debra Freeman**
**United States Magistrate Judge**
**Southern District of New York**